UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
GOLDEN UNICORN ENTERPRISES, INC., *on behalf* :
*of themselves and all those similarly situated*, et al. :
:
                                  Plaintiffs, :    21-CV-7059 (JMF)
:
     -v- :    ORDER
:
AUDIBLE, INC., :
:
                                  Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Unless and until the Court orders otherwise, counsel for all parties shall appear for a pretrial conference with the Court after the close of fact discovery, on **December 1, 2022** at **3:30 p.m.** The conference will be held remotely by telephone in accordance with Paragraph 2.B of the Court's Individual Rules and Practices in Civil Cases. Counsel should submit their joint status letter on ECF no later than the Thursday prior to the conference, the contents of which are described in the Case Management Plan and Scheduling Order. *See* ECF No. 36. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

      SO ORDERED.

Dated: July 18, 2022
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge