UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN UNICORN ENTERPRISES, Inc.; and BIG DOG BOOKS, LLC, *on behalf of themselves and all those similarly situated*,<br><br>               Plaintiffs,<br><br>vs.<br><br>AUDIBLE, Inc.<br><br>               Defendant. | Case No: 1:21-CV-07059-JMF |

## MOTION FOR ORDER TO SHOW CAUSE WHY COLEEN BARR SHOULD NOT BE HELD IN CIVIL CONTEMPT AND MOTION FOR OTHER RELIEF

Plaintiffs Golden Unicorn Enterprises, Inc., and Big Dog Books, Inc., hereby move the Court for an Order to Show Cause why Coleen Barr, a former employee of Defendant Audible, Inc., should not be held in civil contempt for defying a subpoena validly served on her pursuant to Rule 45 or, in the alternative, for issuance of a so-ordered subpoena to Ms. Barr.

Plaintiffs are providing factual background and legal arguments in their contemporaneously filed Memorandum of Law.

Respectfully submitted, this 15th day of November 2022.

| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** | **LAW OFFICES OF JAMES SCOTT FARRIN** |
|---|---|
| By:   */s/ Mitchell M. Breit*<br>Mitchell M. Breit (N.Y. Bar No. 2337954)<br>Andrei Rado (N.Y. Bar No. 3047289)<br>Leland Belew (Admitted *pro hac vice*)<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530-3207<br>Telephone: (212) 594-5300<br>mbreit@milberg.com<br>arado@milberg.com<br>lbelew@milberg.com | By:   */s/ Christopher R. Bagley*<br>Gary W. Jackson (N.Y. Bar No. 2013779)<br>Chris Bagley (Admitted *pro hac vice*)<br>555 S. Mangum Street, Suite 800<br>Durham, North Carolina 27701<br>Telephone: (919) 688-4991<br>Facsimile: (984) 227-6962<br>gjackson@farrin.com<br>cbagley@farrin.com |

*Counsel for Plaintiffs Golden Unicorn Enterprises, Inc., and Big Dog Books, LLC*

1

## **CERTIFICATE OF SERVICE**

    I, Christopher R. Bagley, certify that I filed the foregoing document with the Court's Electronic Case Filing ("ECF") system on November 15, 2022. This filing via ECF automatically generates a Notice of Electronic Filing ("NEF"), which constitutes proof of service of the filed document upon all registered users. Service has thus been accomplished through by NEF for all parties and counsel who are registered users of the Court's ECF system.

    The undersigned furthermore certifies that he caused the foregoing document to be served on Coleen Barr via FedEx overnight service at

    Coleen Barr
    20 Berne Court
    Woodridge, NY 12789-5803


This the 15th day of November 2022.


                                                      */s/ Christopher R. Bagley*
                                                      Christopher R. Bagley