UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

GOLDEN UNICORN ENTERPRISES, INC. and BIG   :
DOG BOOKS, LLC, *on behalf of themselves and all*  :
*others similarly situated*,                    :

                       Plaintiffs,     :

               -v-                :

AUDIBLE, INC.,                    :

                   Defendant.     :

-------------------------------------------------------------------X

|  |  |
|---|---|
| | 21-CV-7059 (JMF) |
| | <u>ORDER</u> |

JESSE M. FURMAN, United States District Judge:

      On November 15, 2022, Plaintiffs moved, by proposed Order to Show Cause, for an order holding Coleen Barr, a former employee of Audible, Inc., in civil contempt or, in the alternative, for the issuance of a so-ordered subpoena.  *See* ECF Nos. 95, 96.  Any opposition to the motion — by Defendant or by Ms. Barr — shall be filed by **November 28, 2022.**  No reply may be filed absent leave of Court.

      Plaintiff shall serve a copy this Order on Ms. Barr electronically and by overnight mail by **November 17, 2022**, and shall file proof of such service by **November 18, 2022**.

      SO ORDERED.

Dated: November 16, 2022
      New York, New York                      _____
                                          JESSE M. FURMAN
                                    United States District Judge