```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GOLDEN UNICORN ENTERPRISES, INC. and BIG                               :
DOG BOOKS, LLC, on behalf of themselves and all                        :
others similarly situated,                                             :
                                                                       :        21-CV-7059 (JMF)
                                           Plaintiffs,                 :
                                                                       :              ORDER
             -v-                                                       :
                                                                       :
AUDIBLE, INC.,                                                         :
                                                                       :
                                           Defendant.                  :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Fact discovery is closed, except as discussed on the record.

- The deadline for disclosure of opening expert reports is **December 9, 2022**, with the exception of the opening report for Plaintiffs' damages expert, which will be due **December 15, 2022**.

- The deadline for rebuttal expert reports is **January 12, 2023**, with the exception of Defendant's damages rebuttal report, which will be due **January 19, 2023**.

- Plaintiffs' motion for class certification is due **December 21, 2022**.  Defendant's opposition is due **January 26, 2023**.  Plaintiffs' reply is due **February 9, 2023**.

- Unless and until the Court orders otherwise, the briefing schedule for summary judgment motions is as follows:

    o Defendant to file their opening brief no later than **thirty days after the close of expert discovery**, not to exceed 25 pages.

    o Plaintiffs' consolidated opposition and cross motion will be due **thirty days thereafter**, not to exceed 25 pages.

    o Defendant's consolidated opposition and reply will be due **thirty days thereafter**, not to exceed 25 pages.

- - o   Plaintiffs' reply will be due **two weeks thereafter**, not to exceed 10 pages.

SO ORDERED.

Dated: December 1, 2022
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

2