**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOLDEN UNICORN ENTERPRISES, Inc.; and BIG DOG BOOKS, LLC, *on behalf of themselves and all those similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>AUDIBLE, Inc.<br><br>Defendant. | Case No: 1:21-CV-07059-JMF |

## PETITION TO HOLD COLEEN BARR IN CIVIL CONTEMPT OF COURT FOR FAILING TO APPEAR AT COURT-ORDERED DEPOSITION

Plaintiffs Golden Unicorn Enterprises, Inc., and Big Dog Books, Inc., hereby petition the Court, pursuant to Rule 45(g) of the Federal Rules of Civil Procedure, for an Order Holding Coleen Barr in civil contempt for failing to appear at a deposition following valid service of a subpoena and actual notice of the deposition. Supporting facts and law are provided in the contemporaneously filed Memorandum of Law.

WHEREAS Coleen Barr was validly served with a so-ordered subpoena for testimony, was actually notified of the requirement to appear and testify, has now on repeated occasions defied subpoenas, and has now defied an Order of this Court, Plaintiffs respectfully petition the Court to hold Ms. Barr in contempt of court, with a penalty of $200 per day until she testifies at a time and place agreeable to all the parties, or whatever daily sum the Court deems just and necessary to compel testimony from Ms. Barr. Plaintiffs furthermore respectfully petition the Court to order Ms. Barr to reimburse them for all costs they have incurred for this deposition and the prior deposition for which she defied a subpoena, including service of process, transcription, videography, and meeting-room accommodation, in amounts to be established by Plaintiffs upon their receipt of invoices for said services.

Respectfully submitted, this 9th day of December 2022.

| | |
|---|---|
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** | **LAW OFFICES OF JAMES SCOTT FARRIN** |
| By: */s/ Mitchell M. Breit* <br> Mitchell M. Breit (N.Y. Bar No. 2337954) <br> Andrei Rado (N.Y. Bar No. 3047289) <br> Leland Belew (Admitted *pro hac vice*) <br> 100 Garden City Plaza, Suite 500 <br> Garden City, NY 11530-3207 <br> Telephone: (212) 594-5300 <br> mbreit@milberg.com <br> arado@milberg.com <br> lbelew@milberg.com | By: */s/ Christopher R. Bagley* <br> Gary W. Jackson (N.Y. Bar No. 2013779) <br> Chris Bagley (Admitted *pro hac vice*) <br> 555 S. Mangum Street, Suite 800 <br> Durham, North Carolina 27701 <br> Telephone: (919) 688-4991 <br> Facsimile: (984) 227-6962 <br> gjackson@farrin.com <br> cbagley@farrin.com |

*Counsel for Plaintiffs Golden Unicorn Enterprises, Inc., and Big Dog Books, LLC*

## **CERTIFICATE OF SERVICE**

    I, Christopher R. Bagley, certify that I filed the foregoing document with the Court's Electronic Case Filing ("ECF") system on December 9, 2022. This filing via ECF automatically generates a Notice of Electronic Filing ("NEF"), which constitutes proof of service of the filed document upon all registered users. Service has thus been accomplished through by NEF for all parties and counsel who are registered users of the Court's ECF system.

    The undersigned furthermore certifies that he will deposit the foregoing document with FedEx on December 9, 2022, to be served on Coleen Barr via FedEx overnight service on December 10, 2022, at

    Coleen Barr
    20 Berne Court
    Woodridge, NY 12789-5803

This the 9th day of December 2022.

                                                                       */s/ Christopher R. Bagley*
                                                                       Christopher R. Bagley