UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
            :
GOLDEN UNICORN ENTERPRISES, INC. and BIG  :
DOG BOOKS, LLC, *on behalf of themselves and all*  :
*others similarly situated*,  :
           :    21-CV-7059 (JMF)
          Plaintiffs,  :
           :    ORDER
      -v-  :
           :
AUDIBLE, INC.,  :
           :
         Defendant.  :
           :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 9, 2022, Plaintiffs filed a motion seeking a finding of civil contempt against third-party witness Coleen Barr. ECF No. 114. Any opposition to the motion — by Defendant or by Ms. Barr — shall be filed by **December 21, 2022**. No reply may be filed absent leave of Court.

      Plaintiffs shall serve a copy of this Order, their motion for contempt, and all supporting documentation on Ms. Barr by overnight mail within **one business day** and shall file proof of service within **two business days**.

      SO ORDERED.

Dated: December 9, 2022  
       New York, New York

                                      JESSE M. FURMAN  
                                      United States District Judge