LAW OFFICES OF
**JAMES SCOTT FARRIN**
www.farrin.com

North Carolina: Asheville, Charlotte, Durham, Fayetteville, Goldsboro, Greensboro, Greenville, Henderson, Morganton, New Bern, Raleigh, Roanoke Rapids, Rocky Mount, Sanford, Wilson, Winston-Salem
South Carolina: Greenville

280 South Mangum Street, Suite 400
Durham, North Carolina, 27701
(800) 220-7321 (P)
(800) 716-7881 (F)

Tax ID: 56-2046742

December 21, 2022

The Honorable Jesse M. Furman
United States District Judge for the Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, Room 2202
New York, NY 10007

Re: *Golden Unicorn Enters., Inc. v. Audible, Inc.*, 1:21-cv-7059-JMF

Dear Judge Furman:

    Plaintiffs move pursuant to Your Honor's Individual Rule 7(C), as modified by the procedure proposed by the parties and approved by the Court on December 20, 2022, ECF No. 127, for leave to seal Plaintiffs' Memorandum of Law in Support of their Motion for Class Certification (and exhibits), due December 21, 2022.

    As per the Court's Order of December 20, 2022, ECF No. 127, Defendant will file a motion to seal on or before December 30, 2022, after receiving Plaintiff's class certification brief and exhibits.

                               Respectfully Submitted,

| /s/ Mitchell Breit | /s/ Gary W. Jackson |
|---|---|
| Mitchell Breit | Gary W. Jackson |
| mbreit@milberg.com | gjackson@farrin.com |
| Leland Belew | Christopher Bagley (admitted *pro hac vice*) |
| lbelew@milberg.com | cbagley@farrin.com |
| Milberg Coleman Bryson Phillips Grossman, PLLC | Law Offices of James Scott Farrin |
| 100 Garden City Plaza, Suite 500 | 555 S. Mangum Street, Suite 800 |
| Garden City, NY 11530 | Durham, NC 27701 |
| (212) 594-5300 | (919) 287-5037 |

*Attorneys for Plaintiffs Golden Unicorn Enterprises, Inc., and Big Dog Books, LLC*

Cc: Counsel of Record via CM/ECF

---

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 131. SO ORDERED.

*[signature]*

December 22, 2022