UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
GOLDEN UNICORN ENTERPRISES, INC. and BIG  :
DOG BOOKS, LLC, *on behalf of themselves and all* :
*others similarly situated*, :
: 21-CV-7059 (JMF)
      Plaintiffs, :
: ORDER
   -v- :
:
AUDIBLE, INC., :
:
      Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  On December 29, 2022, the Court received six documents from non-party Coleen Barr: a Notice of Pro Se Appearance, an Application to Proceed without Prepaying Fees or Costs, an Application for the Court to Request Pro Bono Counsel, a Motion for Extension of Time to File an Appeal, a Motion for Protective order, and a Motion to Quash.  Out of an abundance of caution, the submissions will be temporarily sealed pending discussion with the parties about whether or to what extent they should be sealed or redacted permanently; in the meantime, the Court has provided copies of the papers to the parties by email.  In reference to Plaintiffs' December 30, 2022 letter, ECF No. 137, these are the only filings the Court has received from Ms. Barr; the Court did not receive any filings from Ms. Barr on December 19, 21, or 22, 2022.

  The parties and Ms. Barr are directed to appear for a teleconference on **January 5, 2023, at 3:30 p.m.** to discuss how to proceed going forward given Ms. Barr's filings and to discuss whether or to what extent Ms. Barr's submissions should be redacted or sealed.  The conference will be held in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties and Ms. Barr should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel and Ms. Barr should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of those who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

  Counsel for Plaintiffs is directed to serve a copy of this Order on Ms. Barr electronically

within **one business day** and to file proof of service on the docket **the same day**.

      Ms. Barr is encouraged to follow up with the NYLAG Legal Clinic for Pro Se Litigants. The clinic can be reached by phone at (212) 659-6190, and more information can be found here: https://www.nysd.uscourts.gov/attorney/legal-assistance.

      Finally, as Plaintiffs have agreed to waive their fees and costs associated with compelling Ms. Barr's appearance for her deposition, *see* ECF No. 137, they are not required to submit documentation of their fees and costs as previously ordered, *see* ECF No. 134, at 3.

      SO ORDERED.

Dated: January 3, 2023  
      New York, New York

                                     JESSE M. FURMAN  
                                     United States District Judge