UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
GOLDEN UNICORN ENTERPRISES, INC. and BIG :
DOG BOOKS, LLC, *on behalf of themselves and all* :
*others similarly situated*, :
:                                        21-CV-7059 (JMF)
Plaintiffs, :
:                                              ORDER
-v- :
:
AUDIBLE, INC., :
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The deposition of Coleen Barr shall proceed on **January 12, 2023, at 10 a.m**. The deposition is limited to four hours; Plaintiffs can use three hours and Defendant can use one hour.

- The Court's Order imposing fines on Ms. Barr if she did not sit for her deposition by January 13, 2023, *see* ECF No. 134, is suspended. If Ms. Barr fails to appear on January 12, 2023, Plaintiffs may see to reinstate it.

- The Court reserves judgment on whether and to what extent the documents Ms. Barr submitted should be filed under seal or redacted, pending the submission by defense counsel with Ms. Barr's input. Defense counsel shall submit any proposed redactions or sealing no later than **January 17, 2023**.

- Plaintiffs shall file any response to Defendant's letter-motion, ECF No. 141, by **January 9, 2023.**

Plaintiffs shall provide a copy of this Order to Ms. Barr electronically and shall file proof of such service no later than **January 9, 2023**.

SO ORDERED.

Dated: January 5, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge