

North Carolina    South Carolina
Asheville   Morganton    Greenville
Charlotte   New Bern
Durham   Raleigh
Fayetteville   Roanoke Rapids
Goldsboro   Rocky Mount
Greensboro   Sanford
Greenville   Wilson
Henderson   Winston-Salem

LAW OFFICES OF
**JAMES SCOTT FARRIN**
www.farrin.com

280 South Mangum Street, Suite 400
Durham, North Carolina, 27701
(800) 220-7321 (P)
(800) 716-7881 (F)

Tax ID: 56-2046742

January 8, 2023

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 145.

SO ORDERED.

January 9, 2023

**By CM/ECF**

The Honorable Jesse M. Furman
United States District Judge for the Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, Room 2202
New York, NY 10007

Re: *Golden Unicorn Enters., Inc. v. Audible, Inc.*, 1:21-cv-7059-JMF

Dear Judge Furman:

Plaintiffs write to withdraw their letter-motion for an extension of time to file public and sealed versions of their Memorandum of Law in Support of Plaintiffs' Motion for Certification of Class and Appointment of Class Counsel, ECF No. 145.

Plaintiffs filed this letter-motion in an abundance of caution because they were not certain that they had sufficient time to ensure that the numerous PDFs were in proper and usable format that could be accepted by the Court's Case Management / Electronic Case Files system ("CM/ECF"). However, the parties were able to iron out technical problems on the evening of January 6, 2023, and Plaintiffs did in fact make those filings by the deadline and without need for an extension. *See* ECF No. 147 (public versions of Plaintiffs' Memorandum of Law and exhibits, unredacted, redacted, and slip sheets, respectively, in accordance with Audible's letter-motion to seal, ECF No. 144); ECF No. 148 (sealed version of Plaintiffs' Plaintiffs' Memorandum of Law, with highlighting to denote material that Audible redacted in ECF No. 147).

Plaintiffs apologize for taking the Court's time with this matter.

Respectfully,

Chris Bagley
Gary Jackson
Law Offices of James Scott Farrin
555 S. Mangum Street, Suite 800
Durham, NC 27701
(919) 287-5037
cbagley@farrin.com

Mitchell M. Breit
Andrei Rado
Leland Belew
Milberg Coleman Bryson Phillips & Grossman
One Pennsylvania Plaza, Floor 50
New York, NY 10119
(347) 668-8445
mbreit@milberg.com

*Counsel for Plaintiffs Golden Unicorn Enterprises, Inc., and Big Dog Books, LLC*