UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GOLDEN UNICORN ENTERPRISES, INC. and BIG :
DOG BOOKS, LLC, *on behalf of themselves and all* :
*others similarly situated*, :
: 21-CV-7059 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
AUDIBLE, INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 17, 2023, Defendant filed a letter regarding proposed redactions to the documents Coleen Barr submitted to the Court on or around December 29, 2022. Defendant also submitted Ms. Barr's proposed redactions.

In view of the presumption in favor of public access, one corollary of which is that redactions must be narrowly tailored to the reasons that justify sealing, the proposed redactions are plainly overbroad. Counsel for Defendant is directed to work with Ms. Barr to limit the proposed redactions to personal identifying information — namely, her address, phone number, and email address — and information directly related to her health or financial situation. These redactions shall not include Ms. Barr's name, the fact that she worked for Defendant, or the arguments she made in support of her requests to the Court. Defendant shall submit to the Court new proposed redactions by **January 25, 2023.**

SO ORDERED.

Dated: January 18, 2023
      New York, New York
                                      JESSE M. FURMAN
                                     United States District Judge