UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GOLDEN UNICORN ENTERPRISES, INC. and BIG :
DOG BOOKS, LLC, *on behalf of themselves and all* :
*others similarly situated*, :
: 21-CV-7059 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
AUDIBLE, INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 25, 2023, Defendant filed a letter regarding proposed redactions to the documents Coleen Barr submitted to the Court on or around December 29, 2022. ECF No. 162. Defendant also submitted Ms. Barr's proposed redactions.

The Court approves these proposed redactions with two exceptions. First, on page 11[1] of the Motion to Quash, paragraph (b)(i) should remain unredacted as it was directly relevant to Ms. Barr's application. Second, on pages 39-45 of the Motion to Quash, only the personally identifying information, excluding Ms. Barr's name, may be redacted.

Counsel for Defendant is direct to file redacted versions of these documents in accordance with the foregoing and to file the unredacted versions under seal, on or before **February 2, 2023.**

SO ORDERED.

Dated: January 27, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge

---

[1] Unless otherwise noted, the page numbers refer to the ECF-generated page numbers.