North Carolina | South Carolina
Asheville  New Bern | Greenville
Charlotte  Raleigh
Durham  Roanoke Rapids
Fayetteville  Rocky Mount
Goldsboro  Sanford
Greensboro  Wilmington
Greenville  Wilson
Henderson  Winston-Salem

LAW OFFICES OF
**JAMES SCOTT FARRIN**
www.farrin.com

555 South Mangum Street, Suite 800
Durham, North Carolina, 27701
(800) 220-7321 (P)
(800) 716-7881 (F)

Tax ID: 56-2046742

February 9, 2023

The Honorable Jesse M. Furman
United States District Judge for the Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, Room 2202
New York, NY 10007

Re: *Golden Unicorn Enters., Inc. v. Audible, Inc.*, 1:21-cv-7059-JMF

Dear Judge Furman:

    Plaintiffs move pursuant to Your Honor's Individual Rule 7(C), as modified by the procedure proposed by the parties and approved by the Court on February 8, 2023, ECF No. 174, for leave to seal Plaintiffs' Reply Memorandum of Law in Support of their Motion for Class Certification (and exhibits), due February 9, 2023.

    As per the Court's Order of February 8, 2023, ECF No. 174, Defendant Audible will file a motion to seal on or before February 21, 2023, after receiving Plaintiffs' Reply brief and exhibits.

                                                     Respectfully Submitted,

| /s/ *Mitchell Breit* | /s/ *Gary W. Jackson* |
|---|---|
| Mitchell Breit | Gary W. Jackson |
| mbreit@milberg.com | gjackson@farrin.com |
| Andrei Rado | Christopher Bagley (admitted *pro hac vice*) |
| arado@milberg.com | cbagley@farrin.com |
| Leland Belew | Law Offices of James Scott Farrin |
| lbelew@milberg.com | 555 S. Mangum Street, Suite 800 |
| Milberg Coleman Bryson Phillips Grossman, PLLC | Durham, NC 27701 |
| 100 Garden City Plaza, Suite 500 | (919) 287-5037 |
| Garden City, NY 11530 | |
| (212) 594-5300 | |

*Attorneys for Plaintiffs Golden Unicorn Enterprises, Inc., and Big Dog Books, LLC*

Cc: Counsel of Record via CM/ECF

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 175.

SO ORDERED.

[signature]

February 10, 2023