

March 6, 2023

The Honorable Jesse M. Furman
United States District Judge for the Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, Room 2202
New York, NY 10007

Re: *Golden Unicorn Enters., Inc. v. Audible, Inc.*, 1:21-cv-7059-JMF

Dear Judge Furman:

  Plaintiffs move pursuant to Your Honor's Individual Rule 7(C), as modified by the procedure proposed by the parties and approved by the Court on March 1, 2023, ECF No. 183, for leave to seal Plaintiffs' memoranda of law in support of their motions to exclude opinions offered by Audible's proposed expert witnesses, John Rodzvilla and Juli Saitz.

  As per the Court's Order of March 1, ECF No. 183, Audible will file a motion to seal on or before March 13, 2023, after receiving Plaintiff's the briefs and exhibits supporting Plaintiffs' motions to exclude.

            Respectfully Submitted,

| | |
|---|---|
| /s/ Gary W. Jackson | Mitchell Breit |
| Gary W. Jackson | mbreit@milberg.com |
| gjackson@farrin.com | Leland Belew (admitted *pro hac vice*) |
| Christopher Bagley (admitted *pro hac vice*) | lbelew@milberg.com |
| cbagley@farrin.com | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Law Offices of James Scott Farrin | 100 Garden City Plaza, Suite 500 |
| 555 S. Mangum Street, Suite 800 | Garden City, NY 11530 |
| Durham, NC 27701 | (212) 594-5300 |
| (919) 287-5037 | |
| P. Renée Wicklund (Admitted pro hac vice) | |
| 535 Mission Street | |
| San Francisco, CA 94105 | |
| rwicklund@richmanlawpolicy.com | |
| (415) 259-5688 | |

*Attorneys for Plaintiffs Golden Unicorn Enterprises, Inc., and Big Dog Books, LLC*

Cc: Counsel of Record via CM/ECF

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 193. SO ORDERED.

March 6, 2023

1