UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GOLDEN UNICORN ENTERPRISES, INC. and BIG :
DOG BOOKS, LLC, *on behalf of themselves and all* :
*others similarly situated*, :
: 21-CV-7059 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
AUDIBLE, INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 6, 2023, Plaintiffs and Defendant each filed two motions to preclude expert testimony. ECF Nos. 194, 197, 201, and 203. Unless and until the Court orders otherwise, opposition briefs shall be filed by **April 5, 2023**, and reply briefs shall be filed by **April 19, 2023**. Each side shall file a consolidated opposition brief (i.e., opposing both of the other side's motions), not to exceed 35 pages, and a consolidated reply brief, not to exceed 12 pages.

SO ORDERED.

Dated: March 7, 2023
    New York, New York
                                                                    _____
                                                                    JESSE M. FURMAN
                                                                    United States District Judge