

| | | |
|---|---|---|
| | 1191 Second Avenue<br>10th Floor<br>Seattle, WA 98101 | 206.389.4510<br>Fenwick.com |

Brian D. Buckley
BBuckley@fenwick.com  |  206.389.4515

March 23, 2023

**VIA ECF**

The Honorable Jesse M. Furman
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re: <u>Golden Unicorn Enterprises, Inc. et al. v. Audible, Inc., Case No. 1:21-cv-07059-JMF</u>

Your Honor:

Pursuant to the parties' agreed-upon procedure (*see* ECF No. 234), Audible respectfully files under seal its Reply in support of Audible's Renewed Motion for Spoliation Sanctions as well as supporting materials, pending Plaintiffs' review and potential motion to seal or redact.

                                    Respectfully,

                                    FENWICK & WEST LLP

                                    */s/ Brian D. Buckley*

                                    Brian D. Buckley

cc: All counsel of record (via ECF)

The motion to seal is granted temporarily.  The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.  The Clerk of Court is directed to terminate ECF No. 235.

SO ORDERED.

*[signature]*

March 24, 2023