```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
GOLDEN UNICORN ENTERPRISES, INC. and BIG                             :
DOG BOOKS, LLC, on behalf of themselves and all                      :
others similarly situated,                                           :
                                                                     :
                                                                     :     21-CV-7059 (JMF)
                                         Plaintiffs,                 :
                                                                     :            ORDER
                -v-                                                  :
                                                                     :
                                                                     :
AUDIBLE, INC.,                                                       :
                                                                     :
                                         Defendant.                  :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On July 14, 2023, the Court issued an Opinion and Order granting in part Defendant's motion for summary judgment. ECF No. 278. Defendant alerted the Court to the fact that the Opinion and Order inadvertently referenced information currently under seal. Accordingly, the Court placed the Opinion and Order under seal, viewable only to the Court and case participants. The Court will file a redacted version of its Opinion and Order publicly and will direct the parties to address the propriety of the redaction when addressing the various motions to seal.

SO ORDERED.

Dated: July 17, 2023
      New York, New York

                                                  JESSE M. FURMAN
                                           United States District Judge