UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
GOLDEN UNICORN ENTERPRISES, INC. et al., *on behalf of themselves and all those similarly situated,*

                Plaintiffs,        21 **CIVIL** 7059 (JMF)

    -against-                **JUDGMENT**

AUDIBLE, INC.,

                Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2023, the Court GRANTS the rest of Audible's motion for summary judgment. The parties' other pending substantive motions are denied as moot. Judgment is entered for Audible in accordance with this Opinion and Order as well as the Court's Opinions and Orders of December 8, 2021, and July 14, 2023, see ECF Nos. 33, 280; accordingly, the case is closed.

**Dated:**  New York, New York
        September 21, 2023

                                                   **RUBY J. KRAJICK**
                                                     Clerk of Court

                         **BY:**
                                                     **Deputy Clerk**